# In the United States Court of Federal Claims

**No.11-0003V**
Filed: December 2, 2013
Not to be Published

```
* * * * * * * * * * * * * * * * * * * * * * * * *
MELISSA ALTMEYER,                    *
legal representative of a minor child, *
MADELYN ALTMEYER,                    *
                                     *      Autism; Attorneys' Fees and Costs
                   Petitioner,       *
                                     *
           v.                        *
                                     *
SECRETARY OF HEALTH AND              *
HUMAN SERVICES                       *
                                     *
                   Respondent.       *
                                     *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DECISION AWARDING ATTORNEYS' FEES AND COSTS[1]

On November 27, 2013, the parties filed a Stipulation of Facts Concerning Attorneys' Fees and Costs. After informal discussions, the parties have agreed on $13,776.42 in attorneys' fees and costs. In compliance with Vaccine General Order #9, petitioner's counsel filed a statement on October 1, 2013 indicating petitioner personally incurred no costs that are compensable under § 15 (e)(1).

**The request for attorneys' fees and costs is granted.** Petitioner is awarded reasonable attorneys' fees and costs pursuant to §§ 15(b) and (e)(1), as I find that the petition was brought in good faith and upon a reasonable basis, and the amounts requested are reasonable and appropriate.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I intend to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to redact medical or other information, that satisfies the criteria in 42 U.S.C. § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, I agree that the identified material fits within the requirements of that provision, I will redact such material from public access.

**Pursuant to §15(e), I hereby award a lump sum of $13,776.42[2] to be paid in the form of a check payable jointly to the petitioner and petitioner's counsel, Randall G. Knutson.**

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the Clerk of the court shall enter judgment in accordance herewith.[3]

**IT IS SO ORDERED.**

<u>s/Denise K. Vowell</u>
Denise K. Vowell
Chief Special Master

---

[2] This amount is intended to cover all legal expenses incurred in this matter. This award encompasses all charges by the attorney against a client, "advanced costs" as well as fees for legal services rendered. Furthermore, § 15(e)(3) prevents an attorney from charging or collecting fees (including costs) that would be in addition to the amount awarded herein. *See generally Beck v. Sec'y, HHS*, 924 F.2d 1029 (Fed. Cir.1991).

[3] Entry of judgment can be expedited by each party's filing of a notice renouncing the right to seek review. <u>See</u> Vaccine Rule 11(a).